| | | |
|---|---|---|
| **PATRICK K. FAULKNER**<br>COUNTY COUNSEL<br><br>**JACK F. GOVI**<br>ASSISTANT COUNTY COUNSEL<br><br>**DOROTHY R. JONES**<br>**JAMES G. FLAGEOLLET**<br>CHIEF DEPUTIES | **COUNTY COUNSEL OF MARIN COUNTY**<br><br>3501 Civic Center Drive, Suite 303<br>San Rafael, California 94903-5222<br><br>(415) 499-6117<br><br>FAX (415) 499-3796<br>TDD (415) 499-6172 | MARI-ANN G. RIVERS<br>RENEE GIACOMINI BREWER<br>DAVID L. ZALTSMAN<br>MICHELE KENO<br>NANCY STUART GRISHAM<br>JENNIFER M. W. VUILLERMET<br>PATRICK M. K. RICHARDSON<br>THOMAS F. LYONS<br>STEPHEN R. RAAB<br>STEVEN M. PERL<br>SHEILA SHAH LICHTBLAU<br>EDWARD J. KIERNAN<br>JESSICA F. MILLS<br>DEPUTIES<br><br>JEANINE MICHAELS<br>ADMINISTRATIVE ASSISTANT |

July 31, 2007

*Via E-File*

The Honorable James Larson, Chief Magistrate Judge
United States District Court, Northern District of California
Courtroom F, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge James Larson]

Re: *Kob v. County of Marin*, Case No. C07-2211 JL

Dear Judge Larson:

Defendant County of Marin does not plan to attend the Case Management Conference scheduled for tomorrow, August 1, 2007 at 10:30 a.m., as the County of Marin has not yet appeared in this action. The County of Marin requires the allowed 20 days between service of the summons and the time the responsive pleading is due before an appearance will be made in this action.

Although Plaintiff filed this case on April 23, 2007, summons was not served until July 12, 2007. This service date was after the court-ordered last day to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan, as well as the last day to file a Joint ADR Certification. It also provided an unreasonably short time period for Defendant to file a Rule 26(f) Report, complete initial disclosures and file a Case Management Statement. Additionally, Plaintiff has not attempted to contact Defendant County of Marin regarding any of the meet and confer requirements, nor has Plaintiff provided the County of Marin with her initial disclosures.

Sincerely,

Stephen R. Raab
Deputy County Counsel

cc: David M. Poore, Esq.
Via Fax

24128.doc     The Case Management Conference has been continued to October 17, 2007 @ 10:30 a.m.