# KAHN BROWN & POORE LLP
### 110 Kentucky Street
### Petaluma, California 94952

---

Telephone: (707) 763-7100                    Facsimile: (707) 763-7180

November 12, 2008

**<u>VIA ELECTRONIC FILING & FACSIMILE 415-522-4021</u>**



Hon. James Larson, Chief Magistrate Judge
U.S. District Court, Northern District of California
Courtroom F, 15th Floor
450 Golden Gate Avenue
San Francisco, California 94102

   RE: *Kob v. County of Marin*
     Case No. C07-2211 JL

Dear Judge Larson:

   I represent plaintiff Barbara Kob as lead trial counsel in the above referenced action. I write this correspondence regarding the upcoming Case Management Conference, presently scheduled for November 19, 2008. I am requesting that the Court allow me to appear via telephone at the Case Management Conference. The reason for this request is that I am required to attend depositions in Wayne, New Jersey, at the law firm of Adorno & Yoss in the matter of *Opperman v. Allstate New Jersey Insurance Company*, Civil No. 07-1887 RMB/JS (D.N.J.). Since I will be in New Jersey, I will be unable to personally appear at the Case Management Conference. However, I can be available by telephone. I am in the process of obtaining a specific number or extension at the Adorno & Yoss firm where you can reach me for this appearance, if granted.

   Thank you for your consideration of this request.

     Very truly yours,

     KAHN BROWN & POORE, LLP

     /s/ (electronic signature)

     David M. Poore

DMP:lt

cc: Stephen Raab, Esq. (via email and facsimile)