UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barbara Kob, | No. C 07-2211   JL |
|     Plaintiff, | |
|     v. | **ORDER** |
| County of Marin, et al., | |
|     Defendants. | |
| _____/ | |

TO PLAINTIFF AND COUNSEL OF RECORD: You are hereby ordered to appear before this Court on June 10, 2009 at 9:30 a.m. and show cause why Defendants' motion by letter brief to compel answers to Interrogatories Sets Four and Five and for Sanctions, e-filed at Docket Number 42 should not be granted. Plaintiff may file a response on or before June 5, 2009.

IT IS SO ORDERED.

DATED: June 2, 2009

                                                                                    James Larson
                                                                               Chief Magistrate Judge