1  PATRICK K. FAULKNER, COUNTY COUNSEL
   Stephen Raab, SBN 180939
2  3501 Civic Center Drive, Room 275
   San Rafael, CA 94903
3  Tel.: (415) 499-6117, Fax: (415) 499-3796

4
   Attorney(s) for the County of Marin.
5

6

7                    UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 | Barbara Kob,                          | Case No.: USDC 07 2211 JL

11 |          Plaintiff,                   | STIPULATION AND ~~PROPOSED~~ ORDER
                                             REGARDING DISPOSITIVE MOTION
12 |     v.                                | DATES

13 | County of Marin; and DOES 1 through 50,

14 |          Defendant.

15

16      IT IS HEREBY STIPULATED by and between the parties to set the last day to file dispositive

17 motions as September 23, 2009, and the last day to hear dispositive motions as October 28, 2009.

18
19 Dated: 7/21/09                          KAHN, BROWN & POORE

20
21                                         BY: _____
                                              DAVID POORE
22                                            Attorney for Plaintiff

23
   Dated: July 21, 2009                    PATRICK K. FAULKNER
24                                         MARIN COUNTY COUNSEL

25
                                           BY: _____
26                                            STEPHEN RAAB
27                                            Attorneys for Defendant County of Marin

28
                                  PROPOSED ORDER

STIPULATION AND ORDER   Case management conference is continued to November 18, 2009 @ 10:30 a.m.

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA