UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barbara Kob, | No. C 07-2211   JL |
| Plaintiff, | |
| v. | **NOTICE** |
| County of Marin, et al., | |
| Defendants. | |
| _____/ | |

TO PARTIES AND COUNSEL OF RECORD: You are hereby notified that the discovery disputes discussed in the parties' joint statements at Docket #s 52 and 54 will be heard at the same time as the hearing on Defendants' motion for protective order (Docket # 59, on November 4, 2009 at 9:30 a.m.

IT IS SO ORDERED.

DATED: September 22, 2009

_____
James Larson
U. S. Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\07-2211\Notice 52, 54.wpd

G:\JLALL\CHAMBERS\CASES\CIVIL\07-2211\Notice 52, 54.wpd    1