UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barbara Kob, | No. C 07-2211   JL |
| Plaintiff, | **AMENDED PRETRIAL ORDER** |
| v. | |
| County of Marin, et al., | |
| Defendants. / | |

At the request of the parties, the Court hereby enters its amended Pretrial Order:

Experts shall be disclosed on or before November 5, 2009;

Disposiitve motions shall be heard November 18, 2009;

Expert discovery shall be concluded on or before December 2, 2009;

Pretrial Conference shall be held December 16, 2009 at 11:00 a.m.;

Jury trial shall commence January 12, 2010, at 9:00 a.m., continuing for not more than seven court days. The parties should see the Court's previous Case Management and Pretrial Order for deadlines for submissions which are due prior to the Pretrial Conference.

IT IS SO ORDERED.

DATED: October 28,  2009

_____
James Larson
U.S. Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\07-2211\AMENDED PRETRIAL ORDER.wpd